## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

IN THE MATTER OF**: RUTH THOMAS**                              CASE NO:  **14-01186-5-DMW**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **RUTH THOMAS**<br>**870 PINE VALLEY RD**<br>**JACKSONVILLE, NC 28546-7920** | **$0.25** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.


**July 7, 2020**                                        /s/ Joseph A. Bledsoe, III
                                                        **JOSEPH A. BLEDSOE, III**
                                                        **CHAPTER 13 TRUSTEE**
                                                        **P. O. BOX 1618**
                                                        **NEW BERN, NC  28563**
                                                        **(252) 633-0074**